UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-11569-GAO

PATRICK J. GRIFFIN,
Plaintiff,

v.

LT. EDWARD O'LEARY, LT. JOHN COURTNEY, CPT. ANTHONY BUONOPANE,
individually and in their official capacities as officers for the Town Randolph's Police and
Auxiliary Police Departments, and TOWN OF RANDOLPH,
Defendants.

ORDER
September 24, 2010

O'TOOLE, D.J.

The defendants' Motion to Compel (dkt. no. 16), which stands unopposed, is GRANTED in PART and DENIED in PART. The plaintiff shall serve document responses and answers to interrogatories within twenty-eight (28) days of this Order.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge